IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-mj-01110-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEO SWALLOW,

    Defendant.

_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    THIS MATTER coming before the Court upon motion of the government to dismiss the Criminal Complaint and vacate the Arrest Warrant in the above-entitled case, and the Court having considered the same,

    IT IS HEREBY **ORDERED** that the Criminal Complaint in the above-captioned case is dismissed and the Arrest Warrant is vacated.

    SO ORDERED this 14th day of July, 2011.

                                BY THE COURT:

                                **Kristen L. Mix**
                                **United States Magistrate Judge**